UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-8088-BER

UNITED STATES OF AMERICA

vs.

ETHAN ALEXANDER CONCEPCION,

    Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?   No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   No

Respectfully submitted,
JUAN ANTONIO GONZALEZ
~~ACTING~~ UNITED STATES ATTORNEY

BY: _____
Mark Dispoto
Assistant United States Attorney
Court ID No.   A5501143
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel: 561-209-1032
Fax: 561-820-8777
Email: mark.dispoto@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Ethan Alexander Concepcion,<br><br>Defendant(s) | ) ) ) ) ) ) ) Case No. 22-8088-BER |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  3/29/18 to 1/15/19  in the county of  Palm Beach  in the  Southern  District of  Florida , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 2251(a) and (e) | did use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and that visual depiction was produced or transmitted using materials that have been mailed, shipped, or transmitted in or affecting interstate or foreign commerce by any means, including by computer. |

This criminal complaint is based on these facts:
See Attached Affidavit

☐ Continued on the attached sheet.

FILED BY  TM  D.C.
Mar 11, 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

_____
Complainant's signature

Special Agent Carlos A. Martinez
Printed name and title

ATTESTED TO ME BY FACETIME PER
Sworn to before me and signed in my presence.
FRCP 4.1

Date: 3/11/22

_____
Judge's signature

City and state: West Palm Beach, Florida

U.S. Magistrate Judge Bruce Reinhart
Printed name and title

## AFFIDAVIT OF SPECIAL AGENT CARLOS MARTINEZ
## IN SUPPORT OF CRIMINAL COMPLAINT

I, Carlos A. Martinez, being duly sworn, do hereby state the following:

1. I am a Special Agent with the U.S. Department of Homeland Security (DHS), Homeland Security Investigations ("HSI"), and have been so employed since October 2007. I have a Bachelor of Science degree in criminology from Florida International University and have successfully completed the Criminal Investigator and Special Agent Training Programs at the Federal Law Enforcement Training in Glynco, Georgia. I have also received training, initiated, and assisted other law enforcement officers investigate crimes against children, particularly offenses involving child pornography and the exploitation of children via the Internet. As a Special Agent with HSI, I am authorized by the Homeland Security Act of 2002 to perform the duties provided by law and regulation and to conduct investigations of offenses against the United States, including Title 18, United States Code, Sections 2251 and 2252.

2. I am familiar with all the facts and circumstances surrounding this investigation, as set forth herein, from my own investigative efforts, from information obtained from other domestic and foreign law enforcement officers, from witness interviews, and from my review of law enforcement reports. I have only set forth only the facts believed necessary to establish probable cause to obtain a criminal complaint and arrest warrant for Ethan Alexander Concepcion (hereinafter "CONCEPCION") for violating Title 18, United States Code, Section 2251 (production of child pornography).

3. On or about January 13, 2022, the Queensland Police Service, a law enforcement agency responsible for policing the Australian state of Queensland, contacted HSI Canberra Attaché in Australia and reported that an individual in Greenacres, Florida, had sent videos and

images of child sexual abuse from electronic mail addresses econcepcion270@protonmail.com and ethanconcepcion270@gmail.com on several occasions to a target of a criminal child abuse investigation. Most recently, on January 16, 2019, eight videos and twenty-three images depicting a prepubescent boy (hereinafter "CHILD VICTIM") engaging in sexually explicit conduct with an adult male were sent from Mega.nz account "john lanum" linked to ethanconcepcion270@gmail.com. The following is a summary description of some of the images and videos:

    a. File number 0e8b4b0f-7358-40cf-a4d5-8ac6443db622.jfif, which according to the image EXIF information was created on or about March 29, 2018, is a still image that depicts the CHILD VICTIM lying naked on his back on a green carpet. The CHILD VICTIM has an erection and is holding a white sign which reads "Mr. Plextor" on top and "for Mr. Plextor" at the bottom.

    b. File number 14F4B66B-0952-4DC4-82DE 158B718F0547.mp4, which according to the image details information was created on or about January 15, 2019, is a video that depicts the CHILD VICTIM lying naked on the floor and then sitting on a green carpet while a white hand with a long dirty thumbnail and a silver-colored ring in the middle finger masturbates the child.

    c. File number 037DC245-3D45-48B6-B544-F9600520F274.mp4, which according to the image details information was created on or about July 27, 2018, is a video that shows the CHILD VICTIM sitting naked on top of a white male while the male masturbates and ejaculates on the child's penis.

    d. File number 0FE5AACB-DEEB-490A-9BAB-617648A202A3.MP4, which according to the image details information was created on or about July 27, 2018, is a

video that shows the CHILD VICTIM receiving oral sex from a white male. The video shows the left side of the white male's face beginning at the bottom of the nose and ending on the white male's mouth. The video shows the white male having facial hair above his upper lip and wearing a gold-colored necklace.

4. The Queensland Police Service on accessing the offenders accounts identified ethanconcepcion270@gmail.com sent on or about January 16, 2019, sent child sexual abuse material (CSAM) with GPS data from Greenacres, Florida. Open-source records checks identified Ethan Alexander CONCEPCION next door to the GPS coordinates in the EXIF data from video file number 2018-03-15 14.17.12.mp4. This video of a duration of thirty-four seconds is a close-up on the genitals of a prepubescent boy touching his penis. An adult male hand with a silver ring on his right middle finger is also seen touching the little boy's genitals.

5. A review of CONCEPCION's public Facebook profile showed numerous photographs of CONCEPCION. In most of the photographs, CONCEPCION is displaying facial hair above his upper lip which resembles the facial hair of the adult male depicted in the video described above. Many of the photos also depict CONCEPCION wearing a gold-colored necklace that appears to resemble the necklace described above in the child sex abuse video. CONCEPCION's Facebook profile also contains multiple photos of the mother of the CHILD VICTIM (hereinafter "S.L."). The public Facebook profile of S.L. includes a photo of CONCEPCION in the driver seat of a motor vehicle with the CHILD VICTIM strapped to a car seat in the rear passenger side of the same vehicle.

6. On March 8, 2022, law enforcement officers interviewed S.L. During the interview, law enforcement officers showed S.L. an edited version of one of the sexual abuse images depicting only the CHILD VICTIM's face. S.L. identified the child as her son. She

estimated that he was approximately four years old in the photo. She described her son as being autistic and non-verbal. She also identified the child's surroundings in the images as her grandmother's trailer in Lake Worth, Florida.

7. S.L. was also shown an edited version of an image from a sex abuse video depicting the adult male's hand with a silver-colored ring and long dirty thumbnail. S.L. identified the hand, fingernails, and ring as CONCEPCION, the brother of her ex-husband. S.L. explained that CONCEPCION was one of the family members who babysat her son while S.L. was at work and/or running errands.

8. On March 10, 2021, at approximately 10:00 am, law enforcement officers were informed that CONCEPCION attempted suicide that morning and was transported to a local hospital. At approximately 11:46 am, law enforcement officers responded to the hospital to interview CONCEPCION about the aforementioned videos and images. The officers identified themselves and told CONCEPCION that they were conducting an investigation involving someone overseas who may be involved in the production, distribution, and possession of child pornography. The officers asked CONCEPCION if he wanted to talk about the matter. CONCEPCION took a deep breath and said that he did not know where to begin. The officers asked CONCEPCION if he had sent images and/or videos to someone overseas. CONCEPCION responded in the affirmative but said that he did not know that the recipient was overseas. The officers then asked CONCEPCION what electronic mail address he used to send the images. Before continuing the interview, the officers read CONCEPCION his *Miranda* rights from the statement of rights form provided by the U.S. Department of Homeland Security. CONCEPCION acknowledged that he understood his rights and that he was willing to waive his rights and answer police questioning without an attorney present.

9. During the continuation of the interview, CONCEPCION admitted that he used his electronic mail address ethanconcepcion270@gmail.com to send the aforementioned photos and videos of the CHILD VICTIM to "Mr. Plextor," an individual he met on a website. CONCEPCION identified the CHILD VICTIM as his nephew. CONCEPCION admitted that he is the adult male in the aforementioned video performing oral sex on the CHILD VICTIM and filming/taking video/photos of the sex act. CONCEPCION stated further stated that no one else was present. He also admitted taking naked pictures of the CHILD VICTIM. He stated that he knew it was wrong and he does not know why he did it.

10. Based upon the foregoing facts, and my training and experience, I submit that there is probable cause that CONCEPCION did commit the offenses of production of child pornography in Palm Beach County, Florida, a location within the jurisdiction of the United States District Court for the Southern District of Florida, in violation of Title 18, United States Code, Section 2251 (production of child pornography).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
CARLOS A. MARTINEZ
SPECIAL AGENT
HOMELAND SECURITY INVESTIGATIONS

Sworn and attested to me by Applicant by FACETIME telephone on this ___11___ day of March, 2022, in West Palm Beach, Florida, pursuant to Fed. R. Crim. P. 4(d) and 4.1.

_____
HONORABLE BRUCE REINHART
UNITED STATES MAGISTRATE JUDGE